PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

2005 MAR 10  A 11: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# United States District Court

### FOR THE

### DISTRICT OF CONNECITCUT

UNITED STATES OF AMERICA

v.                                                        Criminal #:    3:03CR00115(SRU)

Gary Manne                                        Re: **Early Termination of Supervision**

On **February 13, 2004** the above named was placed on **SUPERVISED RELEASE** for a period of **2** years.

He has complied with the rules and regulations of supervised release and is no longer in need of supervision.

It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Keith P. Barry
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _10 th_ day of _March_ , 2005.

Stefan R. Underhill
United States District Court Judge